UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROSA ACEVEDO

v.  CASE NO. 3:14CV 40 (AVC)

NRA GROUP, LLC
d/b/a NATIONAL RECOVERY AGENCY

## STIPULATION FOR DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff and defendant stipulate that the complaint herein may be dismissed, without prejudice, and without costs or fees to any party.

| THE PLAINTIFF | THE DEFENDANT |
|---|---|
| By: /s/ | By: /s/ |
| Joanne S. Faulkner ct04137 | Jonathan D. Elliot |
| 123 Avon Street | Zeldes, Needle & Cooper, P.C. |
| New Haven CT 06511 | 1000 Lafayette Blvd., Suite 500 |
| (203) 772-0395 | Bridgeport, CT 06604 |
| | Tel: 203-333-9441 |
| | Fax: 203-333-1489 |
| | Email: jelliot@znclaw.com |